**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**LARRY GRIFFIN**                                                        **PLAINTIFF**

**v.**                          **Case No.  3:15-cv-00115 KGB**

**PILOT TRAVEL CENTERS, LLC, et al.**                                    **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation to dismiss (Dkt. No. 14).  The parties represent that this matter has been resolved to their satisfaction.  The Court dismisses this action with prejudice.

SO ORDERED this the 4th day of December, 2015.

_____
Kristine G. Baker
United States District Judge